| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT  Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Lake, Simeon T | 2. Court or Organization<br>United States District Court | 3. Date of Report<br>4/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. District Judge (Active) | 5. Report Type (check appropriate type)<br>○ Nomination, Date<br>○ Initial ◉ Annual ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>United States Courthouse<br>515 Rusk Avenue, Room 9535<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY -3 A 11: 37 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. rental property #1-Hous, TX | D | Rent | M | W | | | | | |
| 2. rental property #2-Hous, TX | B | Rent | M | W | | | | | |
| 3. rental property #3-Hous, TX | C | Rent | K | W | | | | | |
| 4. property, Washington Cnty, TX purch in 8/77 for 72,321 | A | Rent | L | R | | | | | |
| 5. BankOne Account | A | Interest | J | T | | | | | |
| 6. Exxon Common Stock | E | Dividend | P1 | T | | | | | |
| 7. SBC Comm. Common Stock | A | Dividend | K | T | | | | | |
| 8. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 9. Royalty Interest, Washington County, Texas | D | Royalty | K | W | | | | | |
| 10. Lucent Tech., Inc. Common Stock | | None | J | T | | | | | |
| 11. Merrill Lynch Money Mkt Acct (IRA) | A | Interest | K | T | | | | | |
| 12. SBC Comm. Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 13. Novartis ADR Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 14. IBM Corp. Common Stock (IRA) | A | Dividend | L | T | | | | | |
| 15. General Electric Corp. (IRA) | A | Dividend | J | T | | | | | |
| 16. | A | Dividend | K | T | | | | | |
| 17. Syngenta AG ADR (IRA) | A | Dividend | J | T | | | | | |
| 18. Palm, Inc Com (IRA) | | None | J | T | | | | | |

1. Income/Gain Codes       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes               J = $15,000 or less       K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                        P4 = More than $50,000,000
3. Value Method Codes       Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
                             V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. 3 Com Corp. (IRA) | | None | J | T | | | | | |
| 20. Nestle Corp. ADR (IRA) | A | Dividend | K | T | | | | | |
| 21. Airborne Freight Common Stock (IRA) | A | Dividend | | | sold | 08/18 | K | A | |
| 22. Dr. Reddy's Lab ADR (IRA) | A | Dividend | K | T | | | | | |
| 23. Freds, Inc. (IRA) | A | Dividend | K | T | | | | | |
| 24. Johnson & Johnson Inc. (IRA) | A | Dividend | K | T | | | | | |
| 25. Procter & Gamble Inc. (IRA) | A | Dividend | K | T | | | | | |
| 26. Washington Mutual Inc. (IRA) | A | Dividend | K | T | | | | | |
| 27. Microsoft (IRA) | A | Dividend | J | T | buy | 07/09 | J | | |
| 28. ABX Air Inc. (IRA) | | None | J | T | spin-off | 08/18 | J | | |
| 29. U.S. Treas. Note 01/15/07 20,000 (IRA) | A | Interest | K | T | buy | 01/02 | K | | |
| 30. Trust #1 | | | | | | | | | |
| 31. --AT&T Common Stock | A | Dividend | J | T | | | | | |
| 32. --SBC Comm. Common Stock | B | Dividend | K | T | | | | | |
| 33. --Excel Energy, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 34. --Lucent Tech., Inc. Common Stock | | None | J | T | | | | | |
| 35. --Gillette Co. Common Stock | A | Dividend | | | sold | 07/10 | K | A | |
| 36. --Hewlett Packard Co. Common Stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. --Merrill Lynch Money Market Acct | A | Dividend | K | T | | | | | |
| 38. --Southwest Airlines Common Stock | A | Dividend | L | T | | | | | |
| 39. --Apple Computer Inc. Common Stock | | None | K | T | | | | | |
| 40. --Agilent Tech., Inc. | | None | J | T | | | | | |
| 41. --AT&T Wireless Corp. | | None | J | T | | | | | |
| 42. --Comcast Corp. | | None | | | | | | | |
| 43. --Bristol Myers Squib Co. Inc. | B | Dividend | L | T | | | | | |
| 44. --Pfizer Inc. | A | Dividend | K | T | buy | 02/10 | K | | |
| 45. --Microsoft | A | Dividend | K | T | buy | 07/10 | K | | |
| 46. Merrill Lynch Money Fund | B | Dividend | L | T | | | | | |
| 47. General Electric Common Stock | A | Dividend | K | T | | | | | |
| 48. Oracle Corp. Common Stock | | None | K | T | sold | 05/05 | K | E | |
| 49. SBC Comm. Common Stock | A | Dividend | J | T | | | | | |
| 50. Abbott Labs Common Stock | A | Dividend | J | T | | | | | |
| 51. Hewlett Packard Co. Com Stock - formerly Compaq Computer Corp | A | Dividend | J | T | | | | | |
| 52. Intel Corp. Common Stock | A | Dividend | L | T | | | | | |
| 53. IBM Corp. Common Stock | A | Dividend | K | T | | | | | |
| 54. Sun Microsystems Common Stock | | None | J | T | sold | 04/28 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,000-$50,000
(See Column B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | Dell Computer Corp. Common Stock | | None | K | T | sold | 04/28 | K | E | |
| 56. | Richardson, TX Hospital Authority Bond | A | Interest | J | T | | | | | |
| 57. | Trust #2 | | | | | | | | | |
| 58. | —Exxon Corp. Common Stock | F | Dividend | P1 | T | | | | | |
| 59. | —Merrill Lynch Money Fund | A | Dividend | J | T | | | | | |
| 60. | —Abbott Labs Common Stock | A | Dividend | J | T | | | | | |
| 61. | —Tellabs, Inc. | | None | J | T | sold | 04/28 | J | A | |
| 62. | —Cisco Systems, Inc. | | None | J | T | | | | | |
| 63. | Home Depot Inc. Common Stock | A | Dividend | K | T | | | | | |
| 64. | Lucent Technologies Inc. Common Stock | | None | J | T | | | | | |
| 65. | Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 66. | Cisco Systems Inc. Common Stock | | None | K | T | sold | 04/28 | K | D | |
| 67. | Schering Plough Common Stock | A | Dividend | J | T | | | | | |
| 68. | Vodafone Corp. PLC Common Stock | A | Dividend | K | T | | | | | |
| 69. | Nokia Corp. | A | Dividend | K | T | | | | | |
| 70. | Time Warner Inc.-formerly America Online, Inc. | | None | K | T | | | | | |
| 71. | Amgen, Inc. | | None | K | T | partial sale | 03/13 | K | D | |
| 72. | Tyco International | A | Dividend | J | T | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Avant Immunotherapeutics | | None | J | T | | | | | |
| 74. Guidant Corp. | | None | J | T | sold | 04/28 | J | A | |
| 75. JDS Uniphase Corp. | | None | J | T | sold | 04/28 | J | A | |
| 76. NASDAQ-100 Trust | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
V = Other    W = Estimated

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

SECTION VII

- PAGE 1-

Lines 5-9 – BankOne, Exxon, SBC, Wells Fargo, and Royalty Interest were at page 1, lines 6-11, respectively, on the 2002 report.

Line 10 – Lucent Tech. was at page 3, line 51 on the 2002 report.

Lins 11-18 – Merrill Lynch, SBC Comm., Novartis, IBM, General Electric, Intel, Syngenta, and Palm, Inc were at page 1, lines 15 through 18; and page 2, lines 19 through 22, respectively, on the 2002 report.

PAGE 2

Lines 19-26 – 3 Com Corp., Nestle Corp., Airborne Freight, Dr. Reddy's Lab, Preds, Inc., Johnson & Johnson, Procter & Gamble, and Washington Mutual were at page 2, lines 23 through 30, respectively, on the 2002 report.

Line 27 – Microsoft (IRA) is a new entry.

Line 28 – ABX Air Inc. (IRA) is a new entry.

Line 29 – U.S. Treas. Note is a new entry.

Lines 30-33 – Trust #1, AT&T, SBC Comm., and Excel Energy were at page 2, lines 31 through 34, respectively, on the 2002 report.

Lines 34-36 – Lucent Tech., Gillette Co., and Hewlett Packard were at page 3, lines 37 through 39, respectively, on the 2002 report.

PAGE 3

Lines 37-41 – Merrill Lynch, Southwest Airlines, apple Computer, Agilent Tech., and AT&T Wireless were at page 3, lines 40 through 4, respectively, on the 2002 report.

Lines 42-43 - Comcast and Briston Myers were at page 3, lines 46 and 47, respectively, on the 2002 report.

Line 44 – Pfizer Inc. is a new entry.

Line 45 – Microsoft is a new entry.

Line 46 – Merrill Lynch combines page 3, line 52 with page 5, line 75 of the 2002 report.

Lines 47-48 – General Electric and Oracle Corp. were at page 3, lines 53 and 54, respectively, on the 2002 report.

Lines 49-54 – SBC Comm., Abbott Labs, Hewlett Packard, Intel Corp., IBM Corp., and Sun Microsystems were at page 4, lines 55 through 60, respectively, on the 2002 report.

PAGE 4

Lines 55-66 – Dell Computer, Richardson, TX, Trust #2, Exxon Corp., Merrill Lynch, Abbott Labs, Tellabs, Cisco Systems, Home Depot, Lucent Technologies, Pfizer Inc., and Cisco Systems were at page 4, lines 61 through 72, respectively, on the 2002 report.

Lines 67-68 – Schering Plough and Vodafone Corp were at page 5, lines 73 and 74, respectively, on the 2002 report.

Line 69 – Nokia Corp. was at page 5, line 76 on the 2002 report.

Line 70 –Time Warner was at page 5, line 77 on the 2002 report.

Lines 71-72 – Amgen and Tyco were at page 5, lines 78 and 79, respectively, on the 2002 report.

PAGE 5

Lines 73-75 – Avant Immunotherapeutics, Guidant, and JDS Uniphase were at page 5, lines 80 through 82, respectively, on the 2002 report.

Line 76 – NASDAQ-100 was at page 5, line 84 on the 2002 report.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████         Date __April 27, 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544